HAMILTON v. STATE.

[72 South. 198.]

LARCENY. *Evidence. Intent.*

> Where on a trial for the larceny of certain hogs the evidence showed that defendant had lost some hogs and finding some hogs in the possession of another in her mark openly took them under claim of ownership, such evidence was insufficient to convict.

APPEAL from the circuit court of Jones county.

HON. P. B. JOHNSON, Judge.

Geneva Hamilton was tried for petit larceny and convicted of trespass and appeals.

The proof shows that she had lost some hogs and found certain hogs on the place of one Parker and took them home and penned them up. These hogs bore the same earmarks as her own, and it seems that one McKinnon also used the same earmarks on his hogs. McKinnon afterwards found the hogs on appellant's place and claimed them and took them from appellant over her protest; she still claiming that they were hers. The proof showed that she took the hogs from the Parker place openly and after consulting Parker, who told her that if any of the hogs in his lot belonged to her to take them.

*J. T. Taylor* and *W. J. Pack,* for appellant.

*Ross A. Collins,* Attorney-General, for the State.

Smith, J., delivered the opinion of the court.

The evidence is insufficient to support a finding that appellee in taking possession of the hogs did not do so under a *bona fide* claim of ownership.

Reversed, and appellant discharged.

*Reversed.*